IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL WINDHAM, JR.

    Plaintiff,                               No. CIV S-05-0954 GEB GGH P

    vs.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

    Defendants.                         <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed October 21, 2005, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Dr. M Zhu, Sgt. Wilkerson, Corr. Officers (C/O) Poe, C/O Moore, C/O Andrada, Dr. Traquina, Corr. Counselor I M. C. Casillas, Capt. Garcia, C/O Evans, Lt. Pulsipher, Sgt. Ruiz;

1

  2. The Clerk of the Court shall send plaintiff eleven (11) USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed November 28, 2005.

  3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a.  The completed Notice of Submission of Documents;

    b.  One completed summons;

    c.  One completed USM-285 form for each defendant listed in number 1 above; and

    d. Twelve (12) copies of the endorsed amended complaint filed November 28, 2005.

  4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 3/22/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
wind0954.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL WINDHAM, JR.

        Plaintiff,                      No. CIV S-05-0954 GEB GGH P

   vs.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

                                    NOTICE OF SUBMISSION

        Defendants.               OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__     completed summons form

      __11__    completed USM-285 forms

      __12__    copies of the __November 28, 2005__
                                      Amended Complaint

DATED:

                                      _____
                                      Plaintiff