IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL WINDHAM, JR.,

    Plaintiff,                    No. CIV S-05-0954 GEB GGH P

    vs.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

    Defendants.          ORDER

/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On May 8, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Garcia, Zhu and Wilkerson were returned unserved because "unable to locate." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1. The Clerk of the Court is directed to send to plaintiff three USM-285 forms,

3 along with an instruction sheet and a copy of the complaint filed November 28, 2005;

4        2. Within sixty days from the date of this order, plaintiff shall complete and

5 submit the attached Notice of Submission of Documents to the court, with the following

6 documents:

7        a. One completed USM-285 form for each defendant;

8        b. Four copies of the endorsed complaint filed November 28, 2005; and

9        c. One completed summons form (if not previously provided)

10 or show good cause why he cannot provide such information.

11 DATED: 7/6/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
wind0954.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL WINDHAM, JR.

      Plaintiff,

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.

                              /

No. CIV S-05-0954 GEB GGH P

NOTICE OF SUBMISSION OF DOCUMENTS

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    completed summons form

    __3__    completed USM-285 forms

    __4__    copies of the _November 28, 2005_
                              Amended Complaint

DATED:

                                    _____
                                    Plaintiff