IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SAMUEL WINDHAM, JR.,** | 2:05-cv-0954 GEB GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

On July 7, 2006, Defendants sought an extension of time of forty-five days, up to and including August 24, 2006, in which to file a responsive pleading.

Good cause appearing, Defendants' request is granted.

Dated: 7/21/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

wind0954.po

*[Proposed] Order*

1