IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL WINDHAM, JR.,

       Plaintiff,                    2:05-cv-0954-GEB-GGH-P

     vs.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

       Defendants.            ORDER

         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

         On February 15, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Defendants have filed objections to the findings and recommendations.

         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 15, 2007 are adopted in full; and

2. Defendants' motion to dismiss the amended complaint, filed on July 18, 2006, for failure to exhaust administrative remedies is granted in part and denied in part, as follows:

    a.) GRANTED as to defendant Casilas and this defendant is dismissed from this action;

    b.) DENIED as to defendants Zhu; Wilkerson; Poe; Moore; Andrada; Traquina; Garcia; Evans; Pulsipher; and Ruiz, and these defendants are directed to file an answer to the amended complaint within thirty days.

Dated: March 14, 2007

GARLAND E. BURRELL, JR.
United States District Judge