IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL WINDHAM, JR.,

    Plaintiff,                    No. CIV S-05-0954 GEB GGH P

    vs.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

    Defendants.               ORDER

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  On May 7, 2007, plaintiff filed a document he entitled "motion emergency supplementals or contraries," which was docketed at entry # 56, as a "letter."  In the document, plaintiff, inter alia, complains of the deteriorating condition of his burn wounds/grafts and of the current medical treatment (or alleged lack of adequate treatment) he receives.  Defendants must respond to plaintiff's motion within twenty days of the filed date of this order.

        IT IS SO ORDERED.

DATED: 5/24/07

                                    /s/ Gregory G. Hollows

                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
wind0954.rsp

1