IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL WINDHAM,

        Plaintiff,                      No. CIV S-05-0954 GEB GGH P

    vs.

CA. DEPT. OF CORRECTIONS, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On June 29, 2007, counsel for defendants filed a request for an extension of time to file a response to plaintiff's request for production of documents.  However, counsel did not file either a proposed order in .pdf format or a proposed order via email in accordance with the requirements of E. D. Local Rule 5-137(b).  The court will not consider any request not in compliance with the local rules.

        IT IS SO ORDERED.

DATED: 7/9/07                                          /s/ Gregory G. Hollows

                                                     GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
wind0954.lcr