IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SAMUEL WINDHAM, JR.,** | 2:05-cv-0954-GEB-GGH (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants Garcia, Moore and Pulsipher are granted an extension of time up to and including August 6, 2007 to respond to Plaintiff's interrogatories and request for production of documents.

IT IS SO ORDERED.

Dated: 7/12/07              /s/ Gregory G. Hollows
                             U.S. Mag. Judge

wind0954.po

[Proposed] Order

1