IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL WINDHAM,

        Plaintiff,                    No. CIV S-05-0954 GEB GGH P

    vs.

CA. DEPT. OF CORRECTIONS, et al.,

                                    ORDER

        Defendants.

_____/

        By <u>Order</u>, filed on June 15, 2007, this court determined that this case may be appropriate for appointment of counsel and referred the matter to the civil rights panel in this district for review, asking that the review not exceed thirty days. By letter dated July 11, 2007, the King Hall Civil Rights Clinic stated that "very serious consideration" was being given to this matter and requested an additional thirty days before deciding whether or not to accept appointment as counsel for plaintiff.

        Accordingly, IT IS ORDERED that:

        1. The Clerk of the Court file the July 11, 2007, letter request from the civil rights clinic in the docket of this case;

        2. In addition to serving the parties, the Clerk of the Court is also directed to serve this order on the King Hall Civil Rights Clinic; and

1

3. King Hall may take an additional thirty days to inform the court as to its decision concerning whether or not the clinic will seek to be substituted in as counsel for plaintiff.

DATED: 7/25/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
wind0954.eot