IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL WINDHAM,

        Plaintiff,                    No. CIV S-05-0954 GEB GGH P

    vs.

CA. DEPT. OF CORRECTIONS, et al.,

<u>ORDER</u>

        Defendants.

_____/

        Defendants have requested that their July 30, 2007, motion to modify discovery and scheduling orders be withdrawn.

        Accordingly, IT IS ORDERED that:

        1. Defendants' request, filed on September 7, 2007, is granted; and

        2. Defendants' July 30, 2007, motion to modify discovery and scheduling orders is withdrawn and hereby vacated.

DATED: 9/24/07                           /s/ Gregory G. Hollows

                                          GREGORY G. HOLLows
                                          UNITED STATES MAGISTRATE JUDGE

GGH:009
wind0954.wtd