IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SAMUEL WINDHAM, JR.,** | 2:05-cv-0954-GEB-GGH (PC) |
| Plaintiff, | **ORDER** |
| **v.** | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

Having read and reviewed the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Order filed October 1, 2007, is amended as follows:

Discovery Cutoff:    June 13, 2008

Dispositive Motion Cutoff:    June 23, 2008

Opposition to Dispositive Motions:    July 10, 2008

Dispositive Motion Hearing Date:    July 24, 2008. 10:00 a.m.

In all other respects the October 1, 2007, Status Order remains in effect.

Dated: 05/22/08

/s/ Gregory G. Hollows
United States Magistrate Judge

wind0954.stp

[Proposed] Order

1