IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SAMUEL WINDHAM, JR.,** | 2:05-cv-0954-GEB-GGH (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

Having read and reviewed the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Order filed October 1, 2007, is further amended as follows:

Hearing on Defendants' Motion to File Documents Under Seal: July 24, 2008 at 10 am

Opposition to Dispositive Motions:      30 days from the Court's ruling

Dispositive Motion Hearing Date:       21 days from filing of Opposition

The remaining dates will be rescheduled, if necessary, after the Court's ruling on Defendants' Motion for Summary Judgment.

Dated: 07/14/08                         /s/ Gregory G. Hollows
                                        United States Magistrate Judge

wind0954.stp2

[Proposed] Order

1