IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL WINDHAM,

        Plaintiff,                    No. CIV S- 05-0954 GEB GGH P

    vs.

CA. DEPT. OF CORRECTIONS, et al.,

        Defendants.              <u>PROTECTIVE ORDER</u>

_____/

          The unredacted version of the confidential investigative memorandum identified as defendants' Exhibit B to defendants' statement of undisputed facts in support of defendants' June 23, 2008, motion for summary judgment, is to be filed under seal and provided to plaintiff's counsel for counsel's "eyes only," which signifies plaintiff's counsel is <u>not to permit anyone any manner of access to the document in its unredacted form at any time, including the time following resolution of this case</u>, other than counsel and the law students/staff of the King Hall Civil Rights Clinic directly associated with plaintiff's representation in this action. <u>This prohibition most explicitly applies to plaintiff himself and to any other inmate, none of whom are to be permitted any access at any time to any portion of the unredacted document.</u> Failure to comply with this protective order, that is, failure to strictly limit all access to the unredacted memorandum as directed in this protective order will result in sanctions up to and including the

terminating sanction of immediate dismissal.

        IT IS SO ORDERED.

DATED: 7/28/08

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
wind0954.pro