1  MORENO & RIVERA, LLP
   1451 River Park Drive, Suite 145
2  Sacramento, California 95815

3  Tel: 916-922-1200 Fax: 916 922-1301

4  Jesse M. Rivera, CSN 84259
   Shanan L. Hewitt, CSN 200168
5  Jonathan B. Paul, CSN 215884

6
7  Co-Counsel for Defendant,
   M. Zhu, M.D.

8

9

10              IN THE UNITED STATES DISTRICT COURT

11            IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

12 SAMUEL WINDHAM, JR.                CASE NO.:   2:05-cv-0954-GEB-GGH (PC)

13        Plaintiff,                  **STIPULATION and ORDER TO CONTINUE DISCOVERY AND OPPOSITION DEADLINES FOR AN ADDITIONAL 14 DAYS**
14
15 vs.

16 CALIFORNIA DEPARTMENT OF
17 CORRECTIONS, et al.

18        Defendants.         /

19        NOTICE IS HEREBY GIVEN TO THIS COURT THAT IT HAS HEREBY been agreed

20 upon between, Jonathan B. Paul, Esq., Counsel for Defendant M. ZHU, M.D.; Kelli M. Hammond,

21 Esq., Counsel for Defendants PULSIPHER, RUIZ, EVANS, MOORE, POWE, TRAQUINA,

22 GARCIA and ANDRADE; and Carter C. White, Esq., Counsel for Plaintiff SAMUEL WINDHAM,

23 JR. that in light of the Substitution of Counsel for Defendant Zhu in this matter, the parties stipulate

24 to extending the deadlines set forth in the Court's order of July 28, 2008 (Doc. 112). Specifically,

25 the parties stipulate to extending the deadline for completing discovery and the deadline for the filing

26 of an opposition to the motion for summary judgment by 14 days, so that new counsel may confer

27 with his client and reset the depositions of Dr. Zhu and Officer Evans to a mutually convenient

28 location for all parties and their counsel.

Stipulation and Proposed Order

| | |
|---|---|
| Dated: September 9, 2008 | LAW OFFICES OF MORENO & RIVERA |
| | |
| | /s/ Jonathan B. Paul |
| | _____ |
| | JONATHAN B. PAUL, |
| | Attorney for Defendant Zhu |
| Dated: September 9, 2008 | OFFICE OF THE ATTORNEY GENERAL |
| | |
| | /s/ Kelli M. Hammond (Authorized on 09/09/08) |
| | _____ |
| | KELLI M. HAMMOND |
| | Attorney for Defendants Pulsipher, Ruiz, Evans, Moore, Powe, Traquina, Garcia and Andrade |
| Dated: September 9, 2008 | KING HALL CIVIL RIGHTS CLINIC UC DAVIS SCHOOL OF LAW |
| | |
| | /s/ Carter C. White (Authorized on 09/09/08) |
| | _____ |
| | CARTER C. WHITE, |
| | Attorney for Plaintiff Windham |

Based upon the foregoing stipulation and for good cause appearing.

IT IS SO ORDERED.

Dated: 09/12/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

wind0954.eot

Stipulation and Proposed Order                                             2