IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL WINDHAM, JR.,

    Plaintiff,                    No. CIV S-05-0954 GEB GGH P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.               ORDER

/

        Plaintiff has requested an extension of time to file objections to the January 9, 2009 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 2, 2009 application for an extension of time is granted in part; and

        2. Plaintiff is granted twenty days from the date of this order in which to file objections to the January 9, 2009 findings and recommendations.

DATED: February 5, 2009

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:md
wind0954.36