KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE, CSB #164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax (530) 752-5788
ccwhite@ucdavis.edu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL WINDHAM, JR., | ) | NO. 2:05-cv-0954-GEB-GGH-P |
| Plaintiff, | ) | **STIPULATION SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL** |
| vs. | ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, *et al.*, | ) | Date:  February 19, 2009<br>Time:  10:30 a.m.<br>Judge: Gregory G. Hollows<br>Courtroom: 24 |
| Defendants. | ) | |

The parties hereby stipulate, and ask the Court to enter as an order, that the Plaintiff's motion to withdraw as counsel (Doc. 140) will be heard on February 19, 2009, at 10:30 a.m. before Magistrate Judge Hollows.  Any responses to the motion will be filed on or before February 12, 2009.

It is so stipulated:

*/S/ Carter C. White*

Dated: February 9, 2009

_____
Carter C. White
Attorney for Plaintiff

*/S/ Jonathan B. Paul*

Dated: February 9, 2009

_____
Jonathan B. Paul
Attorney for Defendant M. Zhu

Dated: February 9, 2009

*/S/ Kelli M. Hammond*
_____
Kelli M. Hammond
Attorney for Defendants Pulsipher, Ruiz, Evans, Moore, Powe, Traquina, Garcia, and Andrade

IT IS SO ORDERED.

Dated: February 17, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

wind0954.wthd