IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL WINDHAM, JR.,

    Plaintiff,                    No. CIV S 05-0954 GEB GGH  P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,
    Defendants.                <u>ORDER</u>

          /

        Pending before the court is the February 2, 2009, motion filed by plaintiff's counsel to withdraw. On January 29, 2009, plaintiff filed a request to have counsel terminated and proceed pro se. On February 9, 2009, defendants filed a statement of non-opposition to this motion.

        Based on plaintiff's desire to have counsel terminated as well as plaintiff's demonstrated ability to litigate this action himself, the court will grant counsel's motion to withdraw.

\\\\\
\\\\\
\\\\\
\\\\\

1

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel's February 2, 2009, motion to withdraw (no. 140) is granted; the Clerk of Court shall remove Carter C. White and the King Hall Civil Rights Clinic from the record as plaintiff's counsel; plaintiff shall now proceed in pro se.

DATED: February 24, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

wind0954.coun